# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2007

133920

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE BRIANNA BRUDER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

                                    SC: 133920
                                    COA: 276228
                                    Cheboygan CC
                                    Family Division: 05-002474-NA

STACY BRUDER,
        Respondent-Appellant,

and

MARTY BRUDER,
        Respondent.

_____/

        On order of the Court, the application for leave to appeal the April 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2007

s0529

_____
Clerk